Charles M. Crocco, Esq.
**Attorney ID# 019531996**
Nelson, Fromer, Crocco & Jordan
2300 Route 66, Suite 102
Neptune, NJ 07753
Phone: (732) 774-6443
Fax: (732) 774-7155
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

DAYTON JELANI WHITE, Administrator :
Of the Estate of Hasani Best, Deceased :
JAMILA MADDICKS as Mother and :
Guardian of the infant, J.B. the infant :
Of HASANI BEST; and HALEEMA :
BROWN, a Mother an Natural Guardian :
of S.B. the infant of HASANI BEST :

              Plaintiffs, :

              vs. :

CITY OF ASBURY PARK; ASBURY :
PARK POLICE DEPARTMENT; :
MONMOUTH COUNTY SHERIFF'S :
DEPARTMENT and SERGEANT SEAN :
DESHADER :

              Defendants. :

TRENTON VICINAGE (JTQ)

DOCKET NO.:3:21-cv-19024~~AET-DEA~~ (DNJ)

Civil Action

**ORDER ENTERING JUDGMENT**

       This matter having come before the Court in accordance with court rules and the attorneys for the parties having reported to the Court that a settlement of the infant plaintiff's claim has been arrived at between the plaintiff and the defendants, and the Court having then taken proofs on the record and having approved said settlement;

       It is on this _18th_ day of _December_, 2024;

**ORDERED** that Judgment is entered on behalf of **Samad Brown**, a minor, by his **Guardian** *ad Litem*, **Haleema Brown**, in the gross amount of $575,000.00 (five hundred seventy-Five thousand dollars) against the defendant, the City of Asbury Park and the Asbury Park Police Department, in connection with the claims relative to this matter, without costs and/or interest.

It is further **ORDERED** that the following deductions shall be made from this gross settlement and paid by the defendants in separate drafts as follows:

- **$148,094.94** to be paid to Nelson, Fromer, Crocco & Jordan, Esqs., attorney trust account consisting of:

  $142,301.69 for attorneys' fees;
  $5793.25 for actual disbursements, costs and expenses;

- **$426,905.06** payable to Prudential Assigned Settlement Services Corporation (PASSCorp.) as set forth below.

IT IS FURTHER ORDERED that the structured settlement annuity shall be purchased through The Prudential Insurance Company of America, which is rated "A+ (Superior)" by A.M. Best Company's Financial Strength Rating. The future payments shall be as follows:

"Payee" Samad Brown

**$113,525.47** payable annually beginning on **08/01/2041**(his 23rd birthday) for 10 years only with the last guaranteed payment on **08/01/2050**.

IT IS FURTHER ORDERED, that the projected funding date of the periodic payments set forth herein is January 15, 2025. In the event the periodic payments are not funded by the defendants on or before that date, the amounts and/or timing of the payments may be changed without need for further Court approval, to ensure the individual costs do not exceed those indicated, for a total cost of $426,905.06. Any changes to payment amounts and/or timing shall be reflected in the Settlement Agreement and Release and the Qualified Assignment and Release to be executed by the parties.

IT IS FURTHER ORDERED, that Defendant and/or the Insurer will make a "qualified assignment," within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, of the payor's liability to make the future payments described above to Prudential Assigned Settlement Services Corporation (PASSCorp.) Prudential Assigned Settlement Services Corporation's (PASSCorp.) obligation for payment of the future payments described above shall be no greater than that of The Defendant and/or the Insurer prior to the assignment.

The parties to this settlement shall cooperate fully and execute any and all supplementary documents, including the Qualified Assignment document, and to take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this settlement.

IT IS FURTHER ORDERED, In the event of the death of Samad Brown prior to the payment of any or all of the payments described above, payments shall be made to the Estate of Samad Brown as the primary beneficiary hereunder. Upon reaching age of majority, Samad Brown may change the beneficiary designation in a form approved by the Assignee.

It is further **ORDERED** that the attorney for the plaintiff deliver a copy of this Order to all parties within ___7___ days of the date hereof.

Justin T. Quinn, U.S.M.J.